# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JOHNSON, | NO. CV 17-04104-KS |
| Plaintiff, | [Assigned: Magistrate Judge |
| v. | Hon. Karen L. Stevenson] |
| THE CITY OF LOS ANGELES, Thomas Malloy, Fidel Gonzalez, Phillip Clayson and DOES 4 through 10, | JUDGMENT |
| Defendants. | |

## JUDGMENT

This action came on regularly for trial on February 19, 2019 in Courtroom 580 of the United States District Court, Central District of California, the Honorable Karen L. Stevenson, United States Magistrate Judge presiding.[1] Plaintiff Nicholas Johnson was represented by Christian F. Pereira and Melissa G. Fulgencio. The Defendants City of Los

---

[1] On September 1, 2017, the parties consented to have this matter assigned to Magistrate Judge Stevenson for final disposition. (*See* Dkt. Nos. 17, 18, 19.)

Angeles, Thomas Malloy, Fidel Gonzalez, and Phillip Clayson were represented by Deputy City Attorney Matthew P. Mattis.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified. Documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned its unanimous verdict on February 22, 2019 in favor of Defendants City of Los Angeles, Thomas Malloy, Fidel Gonzalez, and Phillip Clayson on all claims, which said verdict was filed with the clerk and entered upon the minutes.

**IT APPEARING BY REASON OF SAID VERDICT THAT** Defendants City of Los Angeles, Thomas Malloy, Fidel Gonzalez, and Phillip Clayson are entitled to final judgment.

Accordingly, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. **THAT** in accordance with the verdict form dated February 22, 2019, final judgment be, and hereby is, entered in favor of the Defendants City of Los Angeles, Thomas Malloy, Fidel Gonzalez, and Phillip Clayson;
2. **THAT** Plaintiff shall take nothing; and
3. **THAT** Defendants City of Los Angeles, Thomas Malloy, Fidel Gonzalez, and Phillip Clayson shall recover their costs of suit herein as determined by the Clerk of the Court.

The Clerk of the Court shall close the case.

DATED: February 26, 2019

_Karen L. Stevenson_
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE